UNITED VERDE COPPER COMPANY, Appellant, *v.* IRVING TRUST COMPANY, et al., Respondents.

Argued June 1, 1937; decided July 13, 1937.

*Albert Mannheimer, I. L. Broadwin* and *Joel Irving Friedman* for appellant.

*Joseph M. Proskauer, George H. Savage, J. Alvin Van Bergh* and *Eugene Eisemann* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.